UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 12-cr-00468-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     EUGENIA LOPEZ-FLORES,
    a.k.a. Andrea Chana Salcido,
    a.k.a. Eunia Lopez-Flores
    a.k.a. Eugemia Lopez-Florez,

       Defendant.
_____

## ORDER OF TRANSFER
_____

THIS MATTER comes before the Court *sua sponte*. In order to ensure the just, speedy, and inexpensive determination of this criminal action, it appears that this matter is subject to reassignment pursuant to D.C.COLO.LCrR. 50.1.A,

**IT IS HEREBY ORDERED** that this case is hereby transferred to the Honorable Christine M. Arguello. The Clerk shall effect such transfer.

DATED this 4th day of June, 2013.

                                         **BY THE COURT:**

                                         Marcia S. Krieger
                                         Chief United States District Judge