IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00468-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EUGENIA LOPEZ-FLORES,

    Defendant.

___

**ORDER**
___

    PURSUANT to and in accordance with Order entered by the Honorable Christine M. Arguello on June 17, 2013, it is

    ORDERED that Defendant Eugenia Lopez-Flores is sentenced to TIME SERVED.

    DATED: June 17, 2013

        BY THE COURT:

        _____

        Christine M. Arguello
        United States District Judge